# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

March 8, 2019

**BY ECF:**
The Honorable Sanket J. Bulsara
Eastern District of New York

Re:	*Clarke v. The City of New York, et al.*, 18 CV 7300 (ENV) (SJB)

Dear Judge Bulsara:

      I want to sincerely apologize to Your Honor, the Court staff and also my adversary.

      I just received a call from my secretary that everyone was waiting for me for a 10:30 a.m. initial conference today.[1] I failed to calendar the conference (on the mistaken belief that it would take place after the defendant City filed an answer). I am not in a position to appear in Court today. I can imagine the frustrations for the Court and my adversary that this may have caused. I am truly sorry.

      I am available on the following dates for the initial conference. March 11, 12, 19 (in the morning), 20, 21, 26, 27.

      Once again, I apologize to the Court and my adversary.

      Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

---

[1] I just spoke with Your Honor's chambers and was advised that appearing by telephone is not preferred.

Cc: Defense counsel (by ECF)

2